JUDGE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>            )<br>        Plaintiff,   )<br>            )<br>    v.       )<br>            )<br>BARRY JACOB WESLEY,    )<br>            )<br>        Defendant.   )<br>            ) | No. CR 16-105-RSL<br><br>ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DEADLINE |

Based on the unopposed motion of the defendant to continue the trial date and extend the due date for pretrial motions, the Court incorporates by reference the facts set forth in the motion and concludes as follows:

1. The ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

2. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice. 18 U.S.C. §3161(h)(7)(B)(i).

3. Taking into account the exercise of due diligence, a continuance is necessary to allow the defendant the reasonable time for effective preparation of his defense. 18 U.S.C. § 3161(h)(7)(B)(iv).

NOW, THEREFORE,

IT IS HEREBY ORDERED that the trial date is continued from June 20, 2016, to October 31, 2016. The resulting period of delay from June 20, 2016, through

ORDER TO CONTINUE TRIAL & PRETRIAL
MOTIONS DUE DATE
(*U.S. v. Barry Wesley;* CR16-105RSL) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

1  November 14, 2016, is hereby excluded for speedy trial purposes under 18 U.S.C. §
2  3161(h)(7)(A) and (B).
3      Pretrial motions are due no later than September 15, 2016.
4      DONE this 17th day of May, 2016.

*[signature]*
Robert S. Lasnik
United States District Judge

Presented by:

*s/   Mohammad Ali Hamoudi*
Assistant Federal Public Defender
Attorney for Barry Jacob Wesley

ORDER TO CONTINUE TRIAL &  PRETRIAL
MOTIONS DUE DATE
(*U.S. v. Barry Wesley;* CR16-105RSL) - 2

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100